Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE EMPLOYEE PAINTERS' TRUST, RESILIENT FLOORCOVERING PENSION FUND, WESTERN WASHINGTON FLOOR COVERING APPRENTICESHIP FUND, WESTERN WASHINGTON FLOOR COVERING INDUSTRY PROMOTION FUND, and REBOUND TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ETHAN ENTERPRISES, INC., a Washington corporation, REBECCA S. JOHNSON, individually, and GREGORY S. TIFT, individually,<br><br>Defendants,<br><br>ASSOCIATE ALLIANCE OF SUBCONTRACTORS, a Washington corporation,<br><br>Garnishee. | CAUSE NO.: C08-0200-JCC<br><br>NOTICE AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>**NOTE ON MOTION CALENDAR: May 11, 2009** |

Plaintiffs The Employee Painters' Trust, Resilient Floorcovering Pension Fund, Western Washington Floor Covering Apprenticeship Fund, Western Washington Floor Covering Industry Promotion Fund, Rebound Trust (the Trust Funds), by and through their counsel of record, hereby dismiss this action with prejudice against Garnishee Associate Alliance of

NOTICE AND ORDER OF VOLUNTARY
DISMISSAL WITH PREJUDICE
CASE NO. CV08-0200JCC - PAGE 1 OF 3

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

Subcontractors, a Washington corporation, for the reason that Plaintiff Trust Funds' claim against said Garnishee Associate Alliance of Subcontractors, a Washington corporation, for the period has been resolved.

DATED this 11th day of May, 2009.

s/David L. Tuttle
WSBA #38728
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA  98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: d.tuttle@ekmanbohrer.com
Attorney for Plaintiff Trust Funds

**ORDER**

Pursuant to Plaintiff Trust Funds' Motion, the Clerk is hereby directed to dismiss The Employee Painters' Trust, Resilient Floorcovering Pension Fund, Western Washington Floor Covering Apprenticeship Fund, Western Washington Floor Covering Industry Promotion Fund, Rebound Trust's action against Garnishee Associate Alliance of Subcontractors, a Washington corporation, in accordance with the following Order.  It is hereby

///

///

///

NOTICE AND ORDER OF VOLUNTARY
DISMISSAL WITH PREJUDICE
CASE NO. CV08-0200JCC - PAGE 2 OF 3

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

**ORDERED** that the above-entitled action against Garnishee Associate Alliance of Subcontractors, a Washington corporation, shall be and hereby is dismissed with prejudice and without costs to either party.

DATED this 12th day of May, 2009.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

s/David L. Tuttle
WSBA #38728
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA 98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: d.tuttle@ekmanbohrer.com
Attorney for Plaintiff Trust Funds

NOTICE AND ORDER OF VOLUNTARY
DISMISSAL WITH PREJUDICE
CASE NO. CV08-0200JCC - PAGE 3 OF 3

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587